**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

PASHUK PALOKA,

                Plaintiff,

-vs-                                          Case No.  3:10-cv-403-J-34JRK

FAMOUS AMOS RESTAURANTS, INC.,
a Florida Corporation,

                Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 16; Report), entered on January 11, 2011, recommending that the Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Dkt. No. 15; Joint Motion) be granted.  See Report at 3.  On January 12, 2011, the parties filed a notice advising the Court that neither party objects to the Report.  See Joint Notice of Non-Objection (Dkt. No. 17).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions.  Plaintiff filed suit against Defendant, in part, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime and wages.  See Complaint and Demand for Jury Trial (Dkt. No. 1).  Thereafter, the parties engaged in extensive settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  See Joint Motion (Dkt. No. 15).  Upon review of the record, including the Report, Joint Motion, and Settlement Agreement and Full and Final Release of Claims, the undersigned notes that the parties have agreed that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claim.  See id. at 4.  Accordingly, the Court will accept and adopt Judge Klindt's Report.

In light of the foregoing, it is hereby **ORDERED:**

1. Magistrate Judge James R. Klindt's Report and Recommendation (Dkt. No. 16) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Dkt. No. 15) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and Full and Final Release of Claims is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of January, 2011.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record